DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

12 DECEMBER 2012

| | | | |
|---|---|---|---|
| 221P12, cont'd | | 8. Claimants' Motion to Amend PDR / PWC to Include Additional Authority | 8. Allowed |
| | | 9. Respondents' Motion to Dissolve Temporary Stay | 9. Dismissed as Moot |
| | | 10. Respondents' Motion to Expunge Affidavit of Esther Manheimer | 10. Denied |
| 222P12 | State v. William Daniel Thomas | Def's PDR Under N.C.G.S. § 7A-31 (COA11-832) | Denied |
| 239P12 | State v. Brandon Z. Joyner | Def's *Pro Se* PWC to Review Order of COA (COAP12-334) | Dismissed |
| 241P09-3 | State v. William Edward McKoy a/k/a Billy Ray McKoy | 1. Def's *Pro Se* PWC to Review the Decision of the COA (COA08-923) | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as Moot |
| | | | **Jackson, J., Recused** |
| 241P11-2 | State v. Delton Maynor | 1. Def's *Pro Se* Motion for NOA (COAP12-266) | 1. Dismissed *Ex Mero Motu* |
| | | 2. Def's *Pro Se* Motion for PDR | 2. Dismissed |
| | | 3. Def's *Pro Se* Motion to Proceed In Forma Pauperis | 3. Allowed |
| | | 4. Def's *Pro Se* Motion for NOA | 4. Dismissed *Ex Mero Motu* |
| | | 5. Def's *Pro Se* Motion for PDR | 5. Dismissed |
| | | 6. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 6. Allowed |
| 243P12 | The North Carolina Farm Bureau Mutual Insurance Company v. Cully's Motorcross Park, Inc. and Laurie Volpe | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA11-651) | 1. Allowed |
| | | 2. N.C. Association of Defense Attorneys' Motion for Leave to File *Amicus* Brief | 2. See Special Order **12/7/12** |